

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,726-02

### EX PARTE JOE DALE SMITH, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO.CR22028-A
### IN THE 35TH JUDICIAL DISTRICT COURT FROM BROWN COUNTY

*Per curiam.*

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of possession of a deadly weapon in a penal institution and was sentenced to ten years' imprisonment.

On September 16, 2015, this Court remanded this application to the trial court for findings of fact and conclusions of law. On December 11, 2015, the trial court signed findings of fact and conclusions of law that were based on the affidavit from trial counsel. The trial court recommended that relief be denied.

Based on the trial court's findings of fact as well as this Court's independent review of the entire record, we deny relief.

Filed: February 10, 2016
Do not publish